# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>v.<br><br>RONNELL L. WALLACE,<br><br>         Defendant. | Case No. 16-CR-178-2-JPS<br><br>**ORDER** |

    On January 18, 2017, the government filed a four-count superseding indictment, which charged the defendant in three counts with being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), possession of crack cocaine, in violation 21 U.S.C. § 841(a)(1) and (b)(1)(B), and possession of firearms in furtherance of drug trafficking, in violation of 18 U.S.C. § 924(c)(1)(A)(i). (Docket #13). On April 27, 2017, the parties filed a plea agreement indicating that the defendant agreed to plead guilty to Count Two, charging him as a felon in possession of a firearm, and that the remaining counts would be dismissed at sentencing. (Docket #22 at 2-4).

    The parties appeared before Magistrate Judge David E. Jones on May 17, 2017, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #30). The defendant entered a plea of guilty as to Count Two of the Superseding Indictment. *Id.* After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Jones determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the

offense. (Docket #30 and #31). Magistrate Jones made further note of a discrepancy regarding the number of firearms the defendant admitted to possessing, but nevertheless concluded that the defendant could and did properly plead guilty to the charge. (Docket #31 at 2-3).

Thereafter, Magistrate Jones filed a Report and Recommendation with this Court, recommending that: (1) the defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) the defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* at 3. Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C. § 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Jones's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge David E. Jones's report and recommendation (Docket #31) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 2nd day of June, 2017.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge